IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02718-PAB-KMT

ESTATE OF JENNIFER LOBATO, et al.,

     Plaintiffs,

v.

CORRECT CARE SOLUTIONS, LLC, et al.,

     Defendants.

---

**MINUTE ORDER**

---

**Entered by Judge Philip A. Brimmer**

     This matter is before the Court on defendants' motions to dismiss [Docket Nos. 66, 68, and 73]. On July 13, 2016, plaintiffs filed the Third Amended Complaint [Docket No. 109] pursuant to the Order [Docket No. 108] granting Plaintiffs' Motion for Leave to File Third Amended Complaint [Docket No. 81]. Thus, the Third Amended Complaint became the operative pleading in this action, and the motions to dismiss [Docket Nos. 66, 68, and 73] are directed to an inoperative, superseded pleading. *See, e.g., Gilles v. United States*, 906 F.2d 1386, 1389 (10th Cir. 1990) ("a pleading that has been amended under Rule 15(a) supersedes the pleading it modifies") (internal quotation marks omitted). As such, the motions to dismiss are moot. It is

     **ORDERED** that defendants' Motions to Dismiss [Docket Nos. 66, 68, and 73] are DENIED as moot.

     DATED July 14, 2016.